Case 1:25-cv-07259-AS   Document 1-1   Filed 08/28/25   Page 1 of 8

Name: Cameron Roebuck | DOB: 5/6/1991 | MRN: <11747992> | PCP: Chungfai Tung, MD | Legal Name: Cameron Roebuck

# Emergency Department - Jun 12, 2025
at LMH ADULT EMERGENCY

Notes from Care Team

Important Information About Notes from Care Team

## ED Provider Notes

### ANNE YIM at 6/12/2025  3:03 PM

HPI
**Chief Complaint**
Patient presents with

- Assault
  *Bilateral wrist pain and hematoma on right side of the cheek*

Patient ESI: 4

34 yo M with no significant PMH, in police custody, presenting with bilateral wrist pain and R facial pain after altercation with police. Patient reports he was hit several times. No LOC, not on anticoagulants. Patient is now complaining of bruising and swelling to the R side of his face. He also suffered bilateral abrasions to his wrists, which were exacerbated by handcuffs being placed. Patient is ambulatory. Denies nausea, vomiting, or headache.

Patient seen and examined in conjunction with Fridie, Loryn C, PA

External records reviewed: Office Visit with Mullins, Katherine, MD on 8/2/24 appreciated for PMH.

https://www.myconnectnyc.org/mychart/app/visits/past-deta...6t4N3KL8X0zOxZP6-2FI6tz49nP3I-3D&pageMode=notesfirst   7/9/25, 4:55 PM
Page 1 of 8

## Assault

Patient History
Medical History[1]

[1]
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • NONE | |

Surgical History[2]

[2]
No past surgical history on file.

Display Family History[3]

[3]
No family history on file.

Displays Short Social Hx on file[4]

[4]

**Substance Use TAPS Screen**

| Flowsheet Row | Most Recent Value |
|---|---|
| TAPS Screen: In the past 12 months, how often have you used the following? (FOR PREGNANT PERSONS, ANY | |

<u>REPORTED SUBSTANCE USE BELOW, PROCEED TO SOCIAL WORK CONSULT)</u>

| | |
|---|---|
| Substance Use-Tobacco, Alcohol, Prescription medication, and other Substance use (TAPS) Screening Tool: | Unable to complete screening tool at this time |
| Unable to Complete Reason | Patient declines to answer |

Review of Systems
## Review of Systems

Physical Exam
**Vitals:**

| | 06/12/25 1409 |
|---|---|
| BP: | 113/65 |
| Pulse: | 57 |
| Resp: | 18 |
| Temp: | 36.6 °C |
| SpO2: | 98% |

## <u>Physical Exam</u>
Vitals reviewed.
<u>Constitutional</u>:
   Appearance: Normal appearance.
<u>HENT</u>:
   Head: Normocephalic.
   Comments: **FROM at TMJ**

**Tenderness to palpation and swelling to R cheekbone, no loose teeth.**

Mouth/Throat:
  Mouth: Mucous membranes are moist.

Eyes:
  Extraocular Movements: Extraocular movements intact.
  Pupils: Pupils are equal, round, and reactive to light.

Neck:
  Comments: **No midline cspine tenderness, FROM of cervical spine**

Cardiovascular:
  Rate and Rhythm: Regular rhythm. Bradycardia present.
  Heart sounds: Normal heart sounds.
  Comments: **HR 57**

Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.

Abdominal:
  General: Bowel sounds are normal. There is no distension.
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness. There is no guarding.

Musculoskeletal:
  General: Swelling and tenderness present. No deformity. Normal range of motion.
  Cervical back: Normal range of motion and neck supple. No tenderness. No muscular tenderness.
  Comments:
**Pelvis stable**
**Chest wall non tender**
**No vertebral body tenderness, FROM of back**

**Wrists with bilateral superficial abrasions, no obvious lacerations or bleeding, with minimal bony tenderness.**
**No hand tenderness.**
**Full ROM, neurovascularly intact.**

Skin:
  General: Skin is warm and dry.

Neurological:
  General: No focal deficit present.
  Mental Status: He is alert.

   Cranial Nerves: No cranial nerve deficit.
   Sensory: No sensory deficit.
   Motor: No weakness.

Psychiatric:
   Mood and Affect: Mood normal.


Medical Decision Making
**Medical Decision Making**
ED ATTENDING INITIAL EVALUATION NOTE

APP Supervision: I, Yim, Anne, MD, saw the patient in conjunction with a PA or NP. I performed the MDM representing the substantive portion of care of the patient.

History was obtained from the following additional sources: N/A

Social determinants of health that significantly impacted this patient's treatment include: N/A

ASSESSMENT & PLAN:
34 yo M with no significant PMH presenting with reported assault by NYPD. Will obtain CT head, maxillofacial, and bilateral wrist X-rays to rule out acute injury.

Name of ED Attending Physician: Yim, Anne, MD



Adult ED Quality Documentation


**ED Course** as of 06/13/25 2057
**Thu Jun 12, 2025**
1500   XR No evidence of acute osseous abnormality. [LF]
1500   CT Right facial soft tissue swelling/hematoma in the right malar soft tissues.  No acute displaced facial bone fracture.

       Multifocal lucencies in the maxilla, as described in the body of the report.  Dental evaluation is advised.
       [LF]

1528   APP ED DISPOSITION NOTE

Management was discussed with the following providers/staff:
N/A

CLINICAL REASSESSMENT WITH REPEAT EXAM:
Imaging neg for acute fx
TDAP updated

DISPOSITION PLAN AND FOLLOW-UP CARE:
Advised continued symptomatic care
Dental f/u

Name of Supervising ED Attending Physician:
Dr. Yim

Name of Authoring PA or NP: Loryn C. Fridie, PA

[LF]

**ED Course User Index**
[LF] Fridie, Loryn C, PA

**Critical Care Time:** No

No sensitive exam, procedure or treatment was performed and neither the patient nor provider requested a chaperone.

**ED Scribe Statement**
Note Started by Medical Scribe 6/12/2025
This note is prepared by Camellia Huang, acting as the Scribe for Care Provider Yim, Anne, MD.

**ED Care Provider Scribe Attestation**
The scribe's documentation has been prepared under my direction and personally reviewed by me in its entirety.
I confirm that the note above accurately reflects all work, treatment, procedures, and medical decision making performed by ANNE YIM, MD.

Yim, Anne, MD
06/13/25 2058

# ED Notes

## Elsa Siddiqui at 6/12/2025  2:29 PM
**ED Nursing Note**
All meds given stated he was assulted

Siddiqui, Elsa, RN
06/12/25 1430

MyChart® licensed from Epic Systems Corporation© 1999 - 2025