Cameron Roebuck

988 Myrtle Ave

Brooklyn, New York 11206

646-520-9066

RoebuckCameron325@gmail.com


Date: July 7, 2025


VIA OVERNIGHT MAIL & EMAIL

To:


NYPD Legal Bureau

1 Police Plaza, Room 1406

New York, NY 10038

Email: legal@nypd.org


NYC Law Department - Tort Division

100 Church Street

New York, NY 10007

Email: serviceecf@law.nyc.gov


RE: Preservation of Evidence - Anticipated Civil Rights Lawsuit

Incident Date: June 12-13, 2025

Location: Manhattan Central Booking (NYPD custody)

Claimant: Cameron Roebuck

To Whom It May Concern:

I am writing to formally notify you that I intend to pursue civil litigation arising from an incident in which I was assaulted by multiple NYPD officers while handcuffed and in custody at Manhattan Central Booking between June 12 and June 13, 2025.

This letter constitutes a formal preservation demand. You are hereby requested to immediately preserve, and not destroy, alter, or overwrite, any and all materials related to the events surrounding this incident.

Materials to Be Preserved Include, but Are Not Limited To:

1. Surveillance video (CCTV) from all holding areas, intake zones, and corridors at Manhattan Central Booking for June 12-13, 2025

2. Body-worn camera (BWC) footage from all officers present during my detention and any use-of-force events

3. Use-of-force reports, arrest records, and related NYPD internal documentation

4. Memo book entries or digital logs from involved officers

5. Internal Affairs Bureau (IAB) records, complaints, statements, and findings related to this incident

6. Radio transmissions and dispatch logs related to my detention during the incident window

7. Any communications, texts, or emails referencing this incident between NYPD officers or between NYPD and the Law Department

Litigation Hold & Spoliation Warning:

As you are now on notice of pending litigation, the law imposes a duty to preserve all relevant evidence. Any failure to preserve the items listed above may constitute spoliation, and I reserve the right to seek judicial sanctions, adverse inference instructions, or other appropriate relief should any such materials be lost or destroyed.

Please confirm in writing that the requested materials are being preserved and will not be deleted, overwritten, or altered.


Thank you for your cooperation.


Sincerely,

Cameron Roebuck