

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY J.O. ACCARINO**
*Senior Counsel*
Phone: (212) 356-1945
Email: gaccari@law.nyc.gov

November 7, 2025

**VIA ECF**
Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    <u>Cameron Roebuck v. City of New York et al.</u>,
               25 Civ. 7259 (AS)

Your Honor:

        I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendant City of New York ("City") in the above-referenced matter.[1]  Defendant City writes to respectfully request that the Court grant a thirty (30) day extension of time, from November 10, 2025 until December 10, 2025, for defendant City to respond to the *Valentin* Order, as well as a corresponding extension for defendant City to serve Local Civil Rule 33.2 Responses.  *See* Dkt. No. 8, Order of Service, November 9, 2025.  This is defendant's first such request and it does not affect any other Court deadlines.  For the reasons outlined in Defendant City's November 6, 2025 Motion to Dismiss, including receiving thirty-nine (39) unprofessional, harassing, and intimidating voicemails and emails from plaintiff, which include the use of profanity, slurs, insults, and threats of violence, including death threats, defendant City has not reached out to plaintiff for his position as to this request.  *See* Dkt. No. 15, Motion to Dismiss, November 6, 2025.

        By way of background, plaintiff filed this action on August 28, 2025, alleging that three "John Doe" New York City Police Department ("NYPD") officers "physically restrained" him while two additional "John Doe" officers "punched him repeatedly" in the presence of their supervisor, in Manhattan Central Booking.  On September 9, 2025, this Court issued an Order of

---

[1] This case has been assigned to Assistant Corporation Counsel Menachem Mendel Pinson, who is awaiting admission to the New York State Bar. Mr. Pinson is handling this matter under my supervision and may be reached at (212) 356-2335 or mepinson@law.nyc.gov.

Service that included a *Valentin* Order directing defendant City to ascertain the identities of, and service addresses for, the "John Doe" defendants, within thirty (30) days, creating a deadline of November 10, 2025 to respond. *See* Dkt. No. 8, Order of Service, September 9, 2025.

Defendant City has been working with the NYPD to determine the officers involved in this incident, which plaintiff alleged occurred at Manhattan Central Booking, and not part of his arrest. Defendant City has received, and is currently sorting through, a roster for all the officers working on that date in that location, which includes a total of seventy-seven (77) officers. Plaintiff supplied an IAB Log Number and the name of a Sergeant "Mepelus,", and mentioned an Exhibit C, which was not docketed. *See* Dkt. No. 1, Complaint at 4, August 28, 2025. To help sort through the seventy-seven (77) names, members of the NYPD were provided with the IAB Log Number plaintiff supplied and the name of Sergeant "Mepelus." Members of the NYPD are still attempting to locate any such case, and there is no Sergeant "Mepelus" or "Mephelus" working for the NYPD. On November 4, 2025, the undersigned reached out to plaintiff for clarifying information by email, including confirming whether the provided IAB number was accurate, as well as requesting plaintiff's Exhibit C and, in response, received six (6) voicemails and three (3) emails laced with profanity, slurs, insults, and threats of violence, including death threats, without any substantive response to defendant City's basic clarification questions, which are detailed in defendant City's November 6, 2025 Motion to Dismiss. *See* Dkt. No. 15, Motion to Dismiss, November 6, 2025.

Thereafter, the undersigned received another threatening voicemail from plaintiff yesterday, November 6, 2025, in which plaintiff continued his inappropriate, harassing, and intimidating conduct in this litigation, without offering any substantive response to defendant City's basic clarification questions, which is transcribed below:

1) <u>November 6, 2025 at 2:48 p.m.</u>: "Mr. Accarino this is Cameron Roebuck, my number is 646-520-9066, this is the last time I'm going to tell you that I'm not a child, I'm 35-years-old, I'm a grown man. Stop playing these games with me **before I come to that office and I really do something to you.** Okay? Now have the best day possible."

Due to plaintiff's detrimental, inappropriate, harassing, and intimidating conduct, and general unresponsiveness to defendant City's basic clarification questions to assist in responding to the *Valentin* Order, as well as so we can continue our own investigation as described above, defendant City respectfully requests a thirty (30) day extension to respond to the *Valentin* Order, as well as a corresponding extension for defendant City to serve its Local Civil Rule 33.2 Responses.

Accordingly, for the foregoing reasons, defendant City respectfully requests that the Court grant a thirty (30) day extension of time, from November 10, 2025 until December 10, 2025, to respond to the *Valentin* Order, as well as a corresponding extension for defendant City to serve its Local Civil Rule 33.2 Responses.

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*

Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA U.S. MAIL**
Cameron Roebuck
*Plaintiff Pro Se*
3600 Jerome Ave
Bronx, NY 10467

GRANTED.

The Clerk of Court is directed to terminate the motion at Dkt. 16.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 12, 2025

## DECLARATION OF SERVICE BY MAIL

      I, Menachem Mendel Pinson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on November 7, 2025, I served the annexed **DEFENDANT CITY'S REQUEST FOR AN EXTENSION TO RESPOND TO *VALENTIN* ORDER** upon the following individual by causing a copy of same, enclosed in a first class postpaid properly addressed wrapper, to be deposited in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to Plaintiff at the address set forth below, being the address designated by Plaintiff for that purpose:

        Cameron Roebuck
        *Plaintiff Pro Se*
        3600 Jerome Ave
        Bronx, NY 10467

Dated:  New York, New York
         November 7, 2025

                                            <u>/s/  *Menachem Mendel Pinson*</u>
                                            Menachem Mendel Pinson
                                            *Assistant Corporation Counsel*
                                            Special Federal Litigation Division