UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cameron Roebuck,

                    Plaintiff,

          -against-

City of New York et al.,

                    Defendants.

25-CV-7259 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On November 7, 2025, the Court ordered Cameron Roebuck to "show cause by Friday, November 14, 2025 as to why this case should not be dismissed with prejudice," given the "concerning allegations detailed in Defendants' motion to dismiss." Dkt. 17. The Court explained that if Roebuck failed to submit a letter to the Court by November 14, 2025, then "the case will be dismissed." Dkt. 17. To date, Roebuck has failed to submit any letter responding to defendants' motion to dismiss, so the case is hereby DISMISSED with prejudice. *See Kalwasinski v. Ryan*, 2007 WL 2743434, at *2 (W.D.N.Y. Sept. 17, 2007).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

          SO ORDERED.

Dated:  December 2, 2025
        New York, New York

          _____
          ARUN SUBRAMANIAN
          United States District Judge