**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 Cameron Roebuck,

                            Plaintiff,

              -against-                                              25 **CIVIL** 7259 (AS)

                                                                    **JUDGMENT**

City of New York et al.,

                            Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsed Order dated March 18, 2026, Plaintiff's request to reopen

this case is DENIED. Plaintiff doesn't dispute that he harassed, intimidated, and made death

threats to government counsel. That conduct is inexcusable and warranted the dismissal of this

case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order

would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose

of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered

in favor of defendants; accordingly, the case is closed.

**Dated:** New York, New York

          March 19, 2026

                                                      **TAMMI M. HELLWIG**
                                          _____
                                                      **Clerk of Court**

                              **BY:**          *K. mango*
                                          _____
                                                      **Deputy Clerk**